UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WILHELMENA COOK** | * | |
| | * | |
| **VERSUS** | * | CIVIL ACTION NO.   04-3032 |
| | * | |
| **DIANA HAYS, THE XYZ** | * | SECTION: "M" |
| **INSURANCE COMPANY,** | * | |
| **OPTIONS INC. and THE ABC** | * | MAGISTRATE:  (4) |
| **INSURANCE COMPANY** | * | |
| | * | |

_____

## ORDER
_____

Considering the foregoing *Motion for Voluntary Dismissal With Prejudice* filed by Plaintiff, and finding good cause;

**IT IS HEREBY ORDERED** that this matter be dismissed in its entirety, with prejudice, with each Party to bear its own costs.

New Orleans, Louisiana this ____23rd____ day of ___April___, 2008.

_____
UNITED STATES DISTRICT JUDGE

{N1807049.1}